O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-03340 AHM (AJWx) | Date | April 23, 2010 |
|---|---|---|---|
| Title | DESHAY D. FORD v. TRI-COUNTIES REGIONAL CENTERS | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:    Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

     The Court has received a request from Plaintiff in letter form dated April 20, 2010, asking the Court to continue the scheduling order. He represents that a lawyer named Franklin D. Pelletier has undertaken to represent him. The docket shows no such development. Moreover, the Court may not consider communications from parties sent directly to Chambers; all motions must be filed properly through the Court's filing system. For this reason, the request is DENIED.

|  | : |  |
|---|---|---|
| Initials of Preparer | | SMO |