JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAY 11 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1   **MUSICK, PEELER & GARRETT LLP**
      ATTORNEYS AT LAW
2      ONE WILSHIRE BOULEVARD, SUITE 2000
       LOS ANGELES, CALIFORNIA 90017-3383
3            TELEPHONE 213.629.7600
             FACSIMILE 213.624.1376

4   Michael W. Monk (State Bar No. 069719)
    m.monk@mpglaw.com
    Elaine M. Vukadinovich (State Bar No. 187315)
5   e.vukadinovich@mpglaw.com

6   Attorneys for TRI-COUNTIES REGIONAL CENTER

7

8            **UNITED STATES DISTRICT COURT**

9   **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11   Deshay D. Ford,                          CASE No. CV09-3340 AHM (AJWx)

12              Plaintiff,                     *ORDER ON*
                                               **STIPULATION OF DISMISSAL**
                                               **[FRCP 41(A)(1)(II)]**
13        vs.
                                               Trial Date:        None Set
14   Tri-Counties Regional Center,

15              Defendants.

16

17        IT IS HEREBY STIPULATED by and between Deshay D. Ford and Tri-

18   Counties Regional Center, through their respective counsel of record, that the

19   above-entitled action be dismissed in its entirety, with prejudice, pursuant to the

20   provisions of Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure, each party

21   to bear its own costs and attorneys' fees.

22

23   DATED: April 28, 2010           MUSICK, PEELER & GARRETT LLP

24

25

26   IT IS SO ORDERED                 By: _____
     MAY 11 2010                          Elaine M. Vukadinovich
     Dated _____                Attorneys for Defendant
27                                        TRI-COUNTIES REGIONAL CENTER
     United States District Judge
28

687505.1                                  1

1 | DATED: April ___, 2010

2

3

4 | By: _____

5 | DESHAY D. FORD

6 | 5 / 21 2010

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

687505.1

2